IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-00045-F2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LOUIS ANDREW GUARASCIO | ) | |
| | ) | |

This matter is before the court on Defendant Louis Andrew Guarascio's *pro se* motion [DE-199] seeking the court's assistance in obtaining a reduction in his sentence.

Once it has imposed a term of imprisonment, the court may modify that term in only three specific circumstances. *See* 18 U.S.C. § 3582(c). Those instances are: (1) upon a motion of the Director of the Bureau of Prisons; (2) pursuant to a Rule 35 motion brought by the government; and (3) pursuant to a sentencing range lowered by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(o). *Id.* Because none of these circumstances exist in this case, Defendant's motion is DENIED.

SO ORDERED.

This the 18 day of October, 2016.

JAMES C. FOX
Senior U.S. District Judge